■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CLARK, Also Known as DERRICK WINGATE, Appellant. — Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on April 21, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Carro, Asch and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PURDY BOND, Appellant. — Judgment, Supreme Court, New York County (Irving Lang, J.), rendered on January 14, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Fein and Milonas, JJ.